# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD L. VAN HORN,

    *Petitioner*,

vs.

B. WILLIAMS, *et al.,*

    *Respondents*.

Case No. 2:17-cv-00960-RFB-VCF

ORDER

    Petitioner has filed an application to proceed *in forma pauperis* and submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1.

    The matter has not been properly commenced because the pauper application does not include all required attachments. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, a petitioner must attach both an inmate account statement for the past six months and a properly executed financial certificate. Petitioner did not attach either document. Moreover, petitioner did not sign or verify the application. The application is incomplete.

    The application for leave to proceed *in forma pauperis* will therefore be denied without prejudice to the filing of a perfected, verified pauper application that includes all the required attachments.

    **IT THEREFORE IS ORDERED** that the application to proceed *in forma pauperis* (ECF No. 1) is **DENIED** without prejudice.

    **IT IS FURTHER ORDERED** that petitioner shall file an application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account.

The Clerk of the Court shall send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner shall make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order. Petitioner shall have **forty-five (45) days** from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED: October 10, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE