# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD L. VAN HORN,<br><br>Petitioner,<br>v.<br><br>B. WILLIAMS, et al.,<br><br>Respondent. | Case No. 2:17-cv-00960-RFB-VCF<br><br>ORDER |

Pursuant to this court's order of October 10, 2018 (ECF No. 4), petitioner has filed an application to proceed *in forma pauperis.* ECF No. 6. The court finds that petitioner is able to pay the full filing fee of five dollars ($5.00).

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* (ECF No. 6) is denied. Petitioner shall have thirty (30) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the Clerk of the Court. Failure to comply will result in the dismissal of this action.

IT IS FURTHER ORDERED that the Clerk shall send petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

IT IS FURTHER ORDERED that petitioner's motion to extend time (ECF No. 5) is granted.

DATED this 24th day of January, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE