1 | AARON D. FORD
Attorney General
2 | GEORDAN GOEBEL (Bar No. 13132)
Senior Deputy Attorney General
3 | State of Nevada
Office of the Attorney General
4 | 100 North Carson Street
Carson City, Nevada 89701-4717
5 | Telephone: (775) 684-1200
Fax: (775) 684-1108
6 | ASage@ag.nv.gov
Attorney for Respondents

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD L. VANHORN,<br><br>    Petitioner(s),<br><br>vs.<br><br>B. WILLIAMS, *et al.*,<br><br>    Respondent(s). | Case No. 2:17-cv-00960-RFB-VCF<br><br>**MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)** |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a thirty (30) day enlargement of time, to and including May 15, 2019, in which to file and serve their response to Richard VanHorn's habeas corpus petition.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

Respondents have not previously requested any enlargements of time. This motion is made in good faith and not for the purposes of delay.

                                            AARON D. FORD
                                            Attorney General

                                            By:    /s/ Geordan M. Goebel
                                                          GEORDAN M. GOEBEL (Bar No. 13132)
                                                           Deputy Attorney General

```
 1  AARON D. FORD
       Attorney General
 2  GEORDAN GOEBEL (Bar No. 13132)
       Senior Deputy Attorney General
 3  State of Nevada
    Office of the Attorney General
 4  100 North Carson Street
    Carson City, Nevada 89701-4717
 5  Telephone: (775) 684-1200
    Fax: (775) 684-1108
 6  ASage@ag.nv.gov
    Attorney for Respondents
 7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| RICHARD L. VANHORN, | Case No. 2:17-cv-00960-RFB-VCF |
|---|---|
| Petitioner(s), | **DECLARATION OF COUNSEL** |
| vs. | |
| B. WILLIAMS, *et al.*, | |
| Respondent(s). | |

I, Geordan Goebel, hereby states, based on personal knowledge, that the assertions of this declaration are true:

1. I am a Deputy Attorney General employed by the Attorney General's Office of the State of Nevada in the Bureau of Criminal Justice, Post-Conviction Division, and I make this declaration on behalf of Respondents' motion for enlargement of time.

2. By this motion, I am requesting a thirty (30) day enlargement of time, to and including May 15, 2019, in which to file and serve a response to petitioner Richard VanHorn's (VanHorn) habeas corpus petition. This is my first request for enlargement.

3. The response is currently due April 15, 2019.

4. I am newly assigned to this case. The additional time requested is necessary as I am endeavoring to complete the review of the voluminous record on appeal, and draft an appropriate response to the petition.

5. This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

I, Geordan Goebel, hereby state that the assertions of this declaration are true:

1. Pursuant to 28 U.S.C. § 1746, I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Executed on this 12th day of April, 2019.

                      /s/ Geordan M. Goebel
                      GERDAN M. GOEBEL (Bar No. 13132)
                      Deputy Attorney General

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 23rd day of April, 2019.

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General and that on this 12th day of April, 2019, I served a copy of the foregoing MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST), by placing said document in the U.S. Mail, postage prepaid, addressed to:

Richard VanHorn #80639
High Desert State Prison
P O Box 650
Indian Springs, Nevada 89070-0650

           /s/ Laurie Sparman